
**FILED**
January 25, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>ELO WILLIE WADLEY,<br><br>       Defendant. | Case No. 2:17-mj-00012-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, ELO WILLIE WADLEY, Case No. 2:17-mj-00012-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $60,000.00.

           _X_    Two Co-signed Unsecured Appearance Bonds in the amount of $10,000.00 and $50,000.00.

           \_\_\_    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    _X_    (Other) The bond paperwork shall be filed by 2/1/2017.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/25/2017 at 2:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge