LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-012 EFB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER EXTENDING PERIOD TO FILE EXECUTED SIGNATURE BOND |
| ELO WILLIE WADLEY, | |
| Defendant. | |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, and Defendant Elo Wadley by and through his attorney Todd D. Leras, stipulate as follows:

1. Defendant Wadley is charged by Criminal Complaint with one count of Conspiracy to Distribute and Possess with Intent to Distribute cocaine and cocaine base (21 U.S.C. §§ 846 and 841(a)(1)) and one count of Use of a Communication Device to

ORDER EXTENDING
DEADLINE FOR
FILING APPEARANCE BOND

Facilitate a Drug Trafficking Offense (21 U.S.C. § 843(b)).

2. Defendant Wadley first appeared in custody for arraignment on the charges in the Criminal Complaint on January 24, 2017. The Honorable Edmund F. Brennan, Chief United States Magistrate Judge, ordered Mr. Wadley temporarily detained and continued his detention hearing to January 25, 2017.

3. During the appearance on January 25, 2017, Judge Brennan adopted the recommendation of the pre-trial services department and ordered Mr. Wadley released on general and special conditions of release, including the posting of the following unsecured bonds: (1) a $10,000 appearance bond to be signed by Defendant's cousin and co-worker; and (2) a $50,000 appearance bond to be signed by Defendant's employer. Defense counsel requested, and the government did not oppose, a request to permit the filing of the two bonds on or before February 1, 2017.

4. Defense counsel filed the executed bond from the cousin for $10,000 before the February 1 deadline. Defendant's employer, however, had left the state on a business trip before executing the $50,000 appearance bond. Defense counsel arranged for the bond to be emailed to the employer on January 31, 2017.

5. Despite numerous attempts to contact the employer within the deadline established by the Court, the employer did not respond until shortly before 9:00 p.m. on February 1, 2017. The employer indicated that he intended to sign the Appearance Bond but would not be able to deliver it until after he returned to California on Saturday, February 4, 2017.

6. Based on the above-stated facts, the defense requests the Court extend the period for

ORDER EXTENDING
DEADLINE FOR
FILING APPEARANCE BOND

      filing the employer's $50,000 appearance bond to Monday, February 6, 2017.

7. This matter is presently set for a preliminary hearing on February 7, 2017.

8. Nothing in this stipulation and order alters any of the other general or special conditions of release imposed upon Defendant.

      Assistant U.S. Attorney Jason Hitt has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: February 2, 2017

By    Todd D. Leras for
JASON HITT
Assistant United States Attorney

DATED: February 2, 2017

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

ORDER EXTENDING
DEADLINE FOR
FILING APPEARANCE BOND

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, the deadline for filing the $50,000 Appearance Bond signed by Defendant's employer shall be extended to February 6, 2017.

Dated:  February 2, 2017

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE