TONI WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 344-9298

Attorney for Defendant
DEBORAH POLLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>Defendants. | Case No.: 2:17-CR-023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:       January 24, 2019<br>Time:       9:30 a.m.<br>Court:      Hon. Troy L. Nunley |

This matter is presently set for a status conference on January 24, 2019.  The case involves a charged conspiracy to distribute cocaine base.  The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and court-authorized wiretaps of a pager and two cellular telephones.  The government has provided voluminous discovery to defense counsel, including nearly 500 pages of investigative reports and

ORDER CONTINUING STATUS
CONFERENCE

three discs of recordings and other materials.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Steve Plesser on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for January 24, 2019. The parties request to continue the status conference to April 4, 2019, at 9:30 a.m., and to exclude time between January 24, 2019 and April 4, 2019 under Local Code T-4. The United States does not oppose this request.

2. Two of the defendants in this matter have reached resolution and the remainder are continuing to work toward the same. Due to the volume of discovery in the case, including 500 pages of investigative reports and three discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy

ORDER CONTINUING STATUS CONFERENCE

Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 24, 2019 to April 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and the below-signed defense counsel have reviewed this proposed order and authorized Toni White to sign it on their behalf.

DATED: January 22, 2019

By    Toni White for
      JASON HITT
      Assistant United States Attorney

DATED: January 22, 2019

By    /s/ Toni White
      TONI L. WHITE
      Attorney for Defendant
      DEBORAH POLLARD

DATED: January 22, 2019

By    /s/ Toni White for
      STEVE PLESSER
      Attorney for Defendant
      CONWAY PHILLIPS, JR.

ORDER CONTINUING STATUS CONFERENCE

1  DATED: January 22, 2019

2                                             By     /s/ Toni White for
                                                     TODD D. LERAS
3                                                    Attorney for Defendant
                                                     ELO WADLEY

28 ORDER CONTINUING STATUS
   CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 24, 2019, is vacated. A new status conference is scheduled for April 4, 2019, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 24, 2019, up to and including April 4, 2019.

DATED: January 22, 2019

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE