LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-023 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY, | |
| Defendants. | Date:       September 12, 2019<br>Time:       9:30 a.m.<br>Court:      Hon. Troy L. Nunley |

This matter involves a charged conspiracy to distribute cocaine base. The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and a court-authorized wiretap of a pager and two cellular telephones. The government has provided voluminous discovery to defense counsel. The government has also provided defendants with proposed resolution offers. Defense counsel require additional time to

ORDER CONTINUING STATUS
CONFERENCE

meet with the government to provide defense investigation information, research and review the potential sentencing impact of the First Step Act with their respective clients, and to continue investigation of mitigation information.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Steven Plesser on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1.  By this stipulation, Defendants now move to vacate the status conference presently set for July 11, 2019.  The parties request to continue the status conference to September 12, 2019, at 9:30 a.m., and to exclude time between July 11, 2017 and September 12, 2019 under Local Code T-4.  The United States does not oppose this request.

2.  Due to the volume of discovery in the case, pending resolution proposals, ongoing investigation of sentencing mitigation factors, and research of the potential impact of the First Step Act on sentencing, all defense counsel are requesting additional preparation time.  This research and investigation is necessary to ensure that potential defenses and sentencing mitigation are explored with each defendant in the case.

3.  All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4.  Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS
CONFERENCE

of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 11, 2019 to September 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and all defense counsel have reviewed this proposed order and authorized Todd Leras via email to sign it on their behalf.

DATED:  July 9, 2019

By ___/s/ Todd D. Leras for_____
JASON HITT
Assistant United States Attorney

DATED:  July 9, 2019

By ___/s/ Todd D. Leras for_____
TONI L. WHITE
Attorney for Defendant
DEBORAH POLLARD

DATED:  July 9, 2019

By ___/s/ Todd D. Leras for_____
STEVEN PLESSER
Attorney for Defendant
CONWAY PHILLIPS, JR.

ORDER CONTINUING STATUS
CONFERENCE

1  DATED:  July 9, 2019

2                                              By   */s/ Todd D. Leras*
                                                   TODD D. LERAS
3                                                  Attorney for Defendant
                                                   ELO WADLEY
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER CONTINUING STATUS
    CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the initial status conference in this matter, scheduled for July 11, 2019, is vacated.  A new status conference is scheduled for September 12, 2019, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 11, 2019, up to and including September 12, 2019.

DATED:  July 9, 2019

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE