1

LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666

2

455 Capitol Mall, Suite 802
Sacramento, California 95814

3

(916) 504-3933

4

toddleras@gmail.com
Attorney for Defendant

5

ELO WADLEY

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-023 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY, | |
| Defendants. | Date:      January 16, 2020<br>Time:       9:30 a.m.<br>Court:      Hon. Troy L. Nunley |

12

13

14

15

16

17

18

19

20

21

This matter involves a charged conspiracy to distribute cocaine base.  Investigation of the

22

matter included a court-authorized wiretap of a pager and two cellular telephones.  The

23

government has provided voluminous discovery to defense counsel as well as proposed

24

resolution offers.  All defense counsel are requesting to meet with the government to provide

25

defense investigation information in support of modified resolution proposals.  In addition, all

26

27

defense counsel are continuing research into the potential sentencing impact of the First Step

28

ORDER CONTINUING STATUS
CONFERENCE

1   Act.  They also continue to conduct ongoing investigation of mitigation information.

2   The parties to this action, Plaintiff United States of America by and through Assistant

3
4   United States Attorney Jason Hitt, Attorney Toni White on behalf of Defendant Deborah Lynn

5   Pollard, Attorney Steven Plesser on behalf of Defendant Conway Phillips, Jr., and Attorney Todd

6   Leras on behalf of Defendant Elo Willie Wadley, therefore stipulate as follows:

7       1.   By this stipulation, Defendants now move to vacate the status conference set for

8            November 14, 2019.  The parties request to continue the status conference to January

9
10           16, 2020, at 9:30 a.m., and to exclude time between November 14, 2019 and January

11           16, 2020 under Local Code T-4.  The United States does not oppose this request.

12      2.   Due to the volume of discovery in the case, pending resolution proposals, ongoing

13           investigation of sentencing mitigation factors, and research of the potential impact of

14           the First Step Act on sentencing, all defense counsel are requesting additional

15           preparation time.  This research and investigation is necessary to ensure that potential

16
17           defenses and sentencing mitigation are explored with each defendant in the case.

18      3.   All defense counsel represent and believe that failure to grant additional time as

19           requested would deny each of them the reasonable time necessary for effective

20           preparation, considering the exercise of due diligence.

21
22      4.   Based on the above-stated facts, the parties jointly request that the Court find that the

23           ends of justice served by continuing the case as requested outweigh the best interest

24           of the public and the Defendants in a trial within the time prescribed by the Speedy

25           Trial Act.

26      5.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

27
28   ORDER CONTINUING STATUS
     CONFERENCE

*seq*., within which trial must commence, the time period of November 14, 2019 to

January 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §

3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

granted by the Court at Defendants' request on the basis that the ends of justice

served by taking such action outweigh the best interest of the public and the

Defendants in a speedy trial.

6.   Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and all defense counsel have reviewed this proposed

order and authorized Todd Leras via email or phone call to sign it on their behalf.

DATED:  November 12, 2019

By ___ */s/ Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED:  November 12, 2019

By ___ */s/ Todd D. Leras for*
TONI L. WHITE
Attorney for Defendant
DEBORAH POLLARD

DATED: November 12, 2019

By ___ */s/ Todd D. Leras for*
STEVEN PLESSER
Attorney for Defendant
CONWAY PHILLIPS, JR.

DATED:  November 12, 2019

By ___ */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

ORDER CONTINUING STATUS
CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is

hereby ordered that the initial status conference in this matter, scheduled for November 14, 2019,

is vacated.  A new status conference is scheduled for January 16, 2020, at 9:30 a.m.  The Court

further finds, based on the representations of the parties and Defendants' request, that the ends of

justice served by granting the continuance outweigh the best interests of the public and the

defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into

consideration the exercise of due diligence for the period from November 14, 2019, up to and

including January 16, 2020.

DATED:  November 12, 2019

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE