LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>Defendants. | Case No.: 2:17-CR-023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     March 5, 2020<br>Time:     9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

This matter involves a charged conspiracy to distribute cocaine base involving a court-authorized wiretap of a pager and two cellular telephones.  The government has provided voluminous discovery to defense counsel.  The government has also provided defendants with proposed resolution offers.  Defense counsel for two of the defendants met with the government in mid-July to discuss modification of the proposed resolution offers.  All defense counsel are

ORDER CONTINUING STATUS
CONFERENCE

requesting an additional meeting with the government to provide defense investigation information in support of modified resolution proposals. In addition, all defense counsel are researching the potential sentencing impact of the First Step Act and conducting ongoing investigation of mitigation information.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Steven Plesser on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference set for January 16, 2020. The parties request to continue the status conference to March 5, 2020, at 9:30 a.m., and to exclude time between January 16, 2020 and March 5, 2020 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, pending resolution proposals, ongoing investigation of sentencing mitigation factors, and research of the potential impact of the First Step Act on sentencing, all defense counsel are requesting additional preparation time. This research and investigation is necessary to ensure that potential defenses and sentencing mitigation are explored with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS CONFERENCE

of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 16, 2020 up to March 5, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and all defense counsel have reviewed this proposed order and authorized Todd Leras via email to sign it on their behalf.

DATED: January 13, 2020

By   /s/ *Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED: January 13, 2020

By   */s/ Todd D. Leras for*
TONI L. WHITE
Attorney for Defendant
DEBORAH POLLARD

DATED: January 13, 2020

By   */s/ Todd D. Leras for*
STEVEN PLESSER
Attorney for Defendant
CONWAY PHILLIPS, JR.

ORDER CONTINUING STATUS CONFERENCE

1  DATED:  January 13, 2020

2                                          By    */s/ Todd D. Leras*
                                                 TODD D. LERAS
3                                                Attorney for Defendant
                                                 ELO WADLEY
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 ORDER CONTINUING STATUS
   CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the initial status conference in this matter, scheduled for January 16, 2020, is vacated.  A new status conference is scheduled for March 5, 2020, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 16, 2020, up to and including March 5, 2020.

DATED: January 14, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE