LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELO WADLEY,<br><br>    Defendant. | Case No.: 2:17-cr-023 TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

Defendant Elo Wadley is presently released on pre-trial conditions. He is charged by Indictment as a participant in a conspiracy to distribute cocaine and cocaine base and a related charge of using a telephone in a drug trafficking offense. His release conditions include that he "submit to drug and/or alcohol testing as approved by the pretrial services officer … [and] pay the costs of the testing services based upon [his] ability to pay, as determined by the pre-trial services officer" (Special Condition Number 10, ECF Entry 10). The parties to this action,

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, and Defendant Elo Wadley by and through his attorney Todd D. Leras, stipulate as follows:

1. Mr. Wadley is supervised for compliance with his pre-trial release conditions by Program Development Specialist Taifa Gaskins. On July 10, 2020, Officer Gaskins reported via email that all of Mr. Wadley's drug tests have been negative. She requested that the parties consider a stipulation to remove the drug testing condition.

2. The government and defense counsel have no objection to removal of the drug/alcohol testing condition.

The parties therefore request modification of Mr. Wadley's Special Conditions of Release to remove Special Condition Number 10 relating to drug/alcohol testing. All other general and special conditions of release previously ordered shall remain in full force and effect.

Assistant U.S. Attorney Jason Hitt has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED: July 13, 2020

By   /s/ *Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED: July 13, 2020

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release Number 10, requiring Defendant Elo Wadley to participate in drug/alcohol testing and pay for such testing based on financial ability to pay is eliminated (ECF Docket Entry 10).

All other general and special conditions of release imposed by this Court as to Defendant Elo Wadley shall remain in full force and effect.

IT IS SO ORDERED.

DATED: July 13, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS