LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ELO WADLEY,<br><br>           Defendant. | Case No.: 2:17-cr-023 TLN<br><br><br>WAIVER OF PERSONAL APPEARANCE<br>AND ORDER |

        Elo Wadley, Defendant in the above-entitled action, hereby waives his right to be present

in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status

conference or motion hearing in this matter.  The appearance waiver includes any appearance

involving a continuance either before or after trial, including a hearing at which a trial date is

selected.  The waiver does not extend to arraignment, entry of plea, change of plea, or any trial

stage from impanelling a jury to verdict, nor does it apply to imposition of sentence.

WAIVER OF APPEARANCE

The defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.   Defendant agrees that his interests will be deemed always represented by the presence of his attorney in the same manner as if he were personally present in court.  He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174).  Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of his being personally present.

DATED:  April 6, 2022

By   */s/ Elo Wadley*
ELO WADLEY
Defendant
(Via phone authorization)

I agree with and consent to Defendant Elo Wadley's waiver of personal appearance at future proceedings.

DATED: April 6, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

**IT IS SO ORDERED.**

Dated:  April 6, 2022

Troy L. Nunley
United States District Judge

WAIVER OF APPEARANCE