LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ELO WILLIE WADLEY,<br><br>  Defendants. | Case No.: 2:17-cr-023 TLN<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:     July 14, 2022<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

    This matter is presently set for a jury trial, set to begin on February 27, 2023, as to Defendants Elo Wadley, Curtis Phillips, and Deborah Pollard (ECF Entry 265).  Time has previously been excluded up to the jury trial date for defense preparation.  Defendant Elo Wadley's matter is set for a status conference/potential change of plea hearing on July 14, 2022.  By this stipulation, Defendant Elo Wadley requests to continue the status conference/potential change of plea hearing to August 4, 2022.

ORDER CONTINUING STATUS
CONFERENCE

The basis of the request is the additional time needed to complete in person change of plea hearing preparation meetings between defense counsel and Defendant Wadley as well as time needed to conduct mitigation investigation. This request follows a previous order excluding time up to the pending jury trial date, so an additional exclusion of time order is not required.

Assistant U.S. Attorney Jason Hitt has reviewed this stipulation and proposed order and authorized Todd Leras to sign it on his behalf.

DATED: July 11, 2022

By  /s/ *Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED:  July 11, 2022

By  /s/ *Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/potential change of plea hearing as to Defendant Elo Wadley in this matter, scheduled for July 14, 2022, is vacated. A new status conference/potential change of plea hearing for Defendant Wadley is scheduled for August 4, 2022, at 9:30 a.m. Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, up to and including the currently set jury trial date of February 27, 2023.

DATED: July 11, 2022

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE