LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELO WILLIE WADLEY,<br><br>　　　　　Defendant. | Case No.: 2:17-cr-023 DAD<br><br>ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Dale A. Drozd |

　　　　This matter was originally assigned to United States District Judge Troy L. Nunley. It has been transferred to this Court for all future proceedings. Defendant requests to set a Sentencing Hearing before this Court on July 25, 2023. The assigned probation officer has confirmed her availability for July 25, 2023.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  June 13, 2023;

2. Informal Objections to Draft Pre-Sentence Report:  June 27, 2023;

3. Final Pre-Sentence Report Date:   July 3, 2023;

4. Motion for Correction Date: July 11, 2023; and

5. Reply Date: July 18, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  March 31, 2023

By  */s/ Todd D. Leras for*
JASON HITT
Assistant United States Attorney


DATED:  March 31, 2023

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is set for July 25, 2023, at 9:30 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:   **April 3, 2023**   
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE