LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933

toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELO WILLIE WADLEY,<br><br>　　　　　Defendant. | Case No.: 2:17-cr-00023 DAD-6<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Dale A. Drozd |

　　　This matter is presently set for a Sentencing Hearing on October 3, 2023.  The previously assigned probation officer completed the draft Pre-Sentence Investigation Report (PSR).  The defense submitted a timely informal letter requesting corrections to the draft PSR.  Due to

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

reassignment of the matter within the Probation Office, the Final PSR was filed on September 26, 2023, one week before the scheduled Sentencing Hearing.  The parties are requesting to reschedule the Sentencing Hearing for November 14, 2023, at 9:30 a.m., and to partially modify the PSR disclosure schedule to provide time for filing of a Motion for Correction and other relevant sentencing documents.  The parties have further confirmed the availability of the probation officer presently assigned to this matter to attend the Sentencing Hearing on November 14, 2023.

It is therefore requested that the Court modify the PSR disclosure schedule as follows:

1. Motion for Correction Date: October 31, 2023; and

2. Reply Date: November 7, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  September 28, 2023

By  */s/ Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED:  September 28, 2023

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ELO WADLEY

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to November 14, 2023, at 9:30 a.m. The Court adopts the modified Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: **September 29, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE